# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Lisa Lafond, et. al., <br><br> Plaintiff(s), <br><br> v. <br><br> Mead Johnson & Company LLC, et. al., <br><br> Defendant(s). | Case No. 22-cv-04116 <br> Judge Rebecca R. Pallmeyer |

## MDL REMAND CLOSING ORDER

Pursuant to the Memorandum Opinion and Order [34], this case is remanded to the United States District Court, Eastern District of California, forthwith. Civil case terminated.

Date: 8/31/2022

*Rebecca R. Pallmeyer*
REBECCA R. PALLMEYER
United States District Judge